UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

TIMOTHY V. MONTGOMERY,

            Plaintiff,

    v.                                                                      Case No. 25-cv-0669-bbc

BARRY DAUGHTRY,

            Defendant.

_____

## DECISION AND ORDER
_____

Timothy Montgomery is incarcerated at Oshkosh Correctional Institution and representing himself in this 42 U.S.C. §1983 case. He is proceeding on claims in connection with the care he received (or did not receive) for his severe knee pain. When Montgomery filed his complaint, he did not know the name of the health care provider who he alleges was deliberately indifferent to his knee pain, so the Court named Health Services Manager Cindy Baier as a Defendant for the limited purpose of helping Montgomery learn the name of the provider. On September 9, 2025, Montgomery filed a motion to identify the Doe provider as Barry Daughtry. The Court will update the caption accordingly and order that the complaint be served on Barry Daughtry.

**IT IS THEREFORE ORDERED** that Montgomery's motion for leave to amend the complaint to identify the John Doe provider as Dr. Barry Daughtry (Dkt. No. 11) is **GRANTED**. Because Montgomery does not state a claim against Baier, the Court directs the clerk's office to terminate her from this action. The Court thanks Baier and her counsel for assisting Montgomery with identifying Dr. Daughtry as the Defendant. The clerk's office will update the caption accordingly.

**IT IS FURTHER ORDERED** that pursuant to an informal service agreement between the Wisconsin Department of Justice and this Court, copies of Montgomery's complaint, the screening order, and this order are being electronically sent today to the Wisconsin Department of Justice for service on Barry Daughtry.

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between the Wisconsin Department of Justice and this Court, Dr. Daughtry shall file a responsive pleading to the complaint within **sixty days** of receiving electronic notice of this order.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the Court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Green Bay, Wisconsin on September 15, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge
